# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

FILED
U.S. DISTRICT COURT

2007 MAR 28 AM 9: 10

CLERK
SO. DIST. OF GA.

CURTIS RAY BALLOU,          )
                           )
    Plaintiff,          )
                           )
v.                         )          Case No.  CV606-109
                           )
HUGH SMITH, Warden,        )
LISA WARTERS,              )
                           )
    Defendants.          )

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court

concurs with the Magistrate Judge's Report and Recommendation, to which

no objections have been filed.    Accordingly, the Report and

Recommendation of the Magistrate Judge is adopted as the opinion of the

Court.

**SO ORDERED** this 28 day of _March_ , 2006.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA