ORIGINAL

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 JUL 16 PM 4: 46

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | |
|---|---|
| CURTIS RAY BALLOU, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV606-109 |
| HUGH SMITH, Warden, LISA WARTERS, | ) |
| Defendants. | ) |

## ORDER

Plaintiff has filed a motion for discovery. Doc. 18. Discovery is self-executing under the Federal Rules of Civil Procedure and plaintiff should direct his requests for discovery from defendants (such as interrogatories or requests for production of documents) to opposing counsel. Plaintiff does not need Court authorization or approval to commence discovery, and his motion is therefore DENIED.

Plaintiff has also filed a motion to serve subpoenas on various witnesses, apparently for the purpose of securing their appearance at

trial. Doc. 20. Defendant Bozeman, f/k/a Waters, filed a response in opposition to plaintiff's motion. Doc. 21. The Court agrees with defendant that plaintiff's motion is premature, as this case is not set for trial. Plaintiff's motion is DENIED.

**SO ORDERED** this 16th day of July, 2007.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF GEORGIA